```
IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF SOUTH CAROLINA
```

| | | |
|---|---|---|
| Melvin Harris, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 8:18-cv-0438-TLW |
| v. | ) | |
| | ) | |
| Warden M. Travis Bragg, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner Melvin Harris brought this action, *pro se*, pursuant to 28 U.S.C. § 2241 seeking habeas relief. ECF No. 1. Respondent filed a motion to dismiss on May 10, 2018. ECF No. 13. On May 11, 2018, Petitioner was advised by Court Order of the consequences if he failed to respond to the motion. ECF No. 14. Further, Petitioner was advised that if he missed deadlines as a result of his failure to comply with the Order, this action was subject to dismissal. *Id*. The Court filed an Order on June 18, 2018, giving Petitioner through July 9, 2018, to respond. ECF No. 16. However, Petitioner did not respond.

This matter now comes before the Court for review of the Report and Recommendation, filed on July 13, 2018, by United States Magistrate Judge Jacquelyn D. Austin, to whom this case was previously assigned pursuant to 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2), (D.S.C.). ECF No. 20. The Report recommends that this case be dismissed pursuant to Fed. R. Civ. P. 41. *Id.* The deadline to object to the Report was July 27, 2018. However, Petitioner did not file objections to the Report or otherwise respond.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C.

§ 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Report and relevant filings. The Court notes that Petitioner has not filed anything in this case since the Petition, filed on February 15, 2018. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report, ECF No. 20, is **ACCEPTED**, and this action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

    _s/Terry L. Wooten_
Senior United States District Judge

March 20, 2019
Columbia, South Carolina